PROB 12C  
(7/93)

Report Date:  November 5, 2014

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffrey Michael Ochoa        Case Number: 0980 2:11CR02060-001

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 12, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 33 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Mary Dimke | Date Supervision Commenced: | April 3, 2014 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: | April 2, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: Jeffrey Ochoa is considered in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or prior to October 27, 2014.

The defendant admitted to using methamphetamine and signed an admission form on October 29, 2014.

2        **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of the treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment Provider.

Prob12C
**Re: Ochoa, Jeffrey Michael**
**November 5, 2014**
**Page 2**

|   |   |
|---|---|
|   | **Supporting Evidence**: Jeffrey Ochao is considered in violation of his conditions of supervised release by failing to report for chemical dependency treatment on October 27, 2014; and November 3, 2014. |
| 3 | On October 27, 2014, the defendant admitted that he skipped his scheduled treatment session as he had been using methamphetamine. On November 3, 2014, the defendant called the treatment facility and left a voice message stating he had to babysit a family member's children. He did not speak with his counselor or his assigned probation officer. |
|   | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: Jeffrey Ochao is considered in violation of his conditions of supervised release by failing to report for random urinalysis testing on October 27, 2014; and November 3, 2014. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/05/2014

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

November 5, 2014
Date