PROB 12C
(7/93)

Report Date: March 2, 2015

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 2 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffrey Michael Ochoa          Case Number: 0980 2:11CR02060-001

Address of Offender: ▇▇▇▇▇▇ Kennewick, Washington 99337

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 12, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 33 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Mary Dimke | Date Supervision Commenced: April 3, 2014 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: April 2, 2017 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

1          **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: Jeffrey Ochoa is considered to be in violation of his period of supervised release by traveling into the District of Oregon without obtaining permission on or prior to February 10, 2015.

On February 10, 2015, the defendant spoke with the probation office in Richland advising that he was in Portland, Oregon, and requested to miss a urinalysis test as he was out of town working. The defendant was directed to return to the Eastern District of Washington as he had not obtained permission to be in Oregon.

2          **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Jeffrey Ochoa is considered to be in violation of his period of supervised release by failing to report a change of residence on or prior to February 27, 2015.

Prob12C
**Re: Ochoa, Jeffrey Michael**
**March 2, 2015**
**Page 2**

On February 20, 2015, the defendant left a voice mail noting he was staying at the Kennewick Suites, room 314, in Kennewick. He was staying at the hotel with his girlfriend. After the defendant failed to report for a scheduled meeting on February 27, 2015, contact was made with Kennewick Suites. They advised the defendant was no longer staying at the hotel. Attempts were also made to contact the defendant by phone, but the defendant did not answer and his voice mail was not working. At this time the defendant's whereabouts are unknown.

3    <u>Standard Condition # 7</u>: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

<u>Supporting Evidence</u>: Jeffrey Ochoa is considered to be in violation of his period of supervised release by using a controlled substance, methamphetamine, on or prior to February 17, 2015, and February 26, 2015.

On February 17, 2015, the defendant reported to First Step Community Counseling and supplied a urine sample for testing. The sample was confirmed positive on February 22, 2015.

On February 26, 2015, the defendant signed an admission form noting he had illegally used amphetamine on or prior to February 26, 2015.

4    <u>Standard Condition # 3</u>: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

<u>Supporting Evidence</u>: Jeffrey Ochoa is considered to be in violation of his period of supervised release by failing to report to the probation office in Richland as directed on February 27, 2015.

On February 25, 2015, the defendant was directed to report to the probation office in Richland at 9 a.m. on February 27, 2015. The defendant agreed to report, understanding that his positive drug test would be discussed. The defendant failed to report as directed. The defendant has not contacted the probation office since February 25, 2015.

Prob12C
**Re: Ochoa, Jeffrey Michael**
**March 2, 2015**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/02/2015
_____

s/David L. McCary
_____

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

3/2/15
_____
Date