PROB 12C
(7/93)

Report Date: April 13, 2015

# United States District Court

## for the

## Eastern District of Washington



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 1 3 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeffrey Michael Ochoa | Case Number: 0980 2:11CR02060-WFN-1 |
| Address of Offender: ▮▮▮▮▮▮ Kennewick, Washington 99337 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 12, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 33 months; TSR - 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: April 3, 2014 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: April 2, 2017 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/2/2015.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: On April 4, 2015, according to reports provided by the Kennewick Police Department, undercover officers received information that the defendant was living at a residence in Kennewick. Officers responded and were unable to locate the defendant. While they were preparing to leave, a vehicle pulled into the driveway and the defendant exited. Upon being contacted by law enforcement, the defendant admitted to having a controlled substance in his pocket. Officers searched the defendant and located a small amount of suspected methamphetamine. The defendant has been charged under case number PC15Y0228 in Benton County Superior Court for possession of methamphetamine. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 13, 2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

4/13/15

Date