PROB 12C
(7/93)

Report Date: April 20, 2015

# United States District Court

for the

## Eastern District of Washington

### Amended Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 20 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Jeffrey Michael Ochoa            Case Number: 0980 2:11CR02060-WFN-1

Address of Offender: ▬▬▬▬▬▬▬ Kennewick, Washington 99337

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 12, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 33 months; TSR - 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: April 3, 2014 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: April 2, 2017 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/2/2015.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: On April 4, 2015, according to reports provided by the Kennewick Police Department, undercover officers received information that the defendant was living at a residence in Kennewick. Officers responded and were unable to locate the defendant. While they were preparing to leave, a vehicle pulled into the driveway and the defendant exited. Upon being contacted by law enforcement, the defendant admitted to having a controlled substance in his pocket. Officers searched the defendant and located a small amount of suspected methamphetamine. The defendant has been charged under case number PC15Y0228 in Benton County Superior Court for possession of methamphetamine. |

Prob12C
Re: Ochoa, Jeffrey Michael
April 20, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 20, 2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

4/20/15

Date