PROB 12C
(6/16)

Report Date:  November 9, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffrey Michael Ochoa          Case Number: 0980 2:11CR02060-SAB-1

Address of Offender: ███████████████████ Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: September 12, 2011

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison- 33 months; TSR - 36 months      Type of Supervision: Supervised Release |
| Revocation Sentence: February 17, 2016 | Prison- 7 months; TSR- 29 months |
| Asst. U.S. Attorney: | Matthew F. Duggan      Date Supervision Commenced: July 29, 2016 |
| Defense Attorney: | Rebecca Pennell      Date Supervision Expires: December 28, 2018 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

1          **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court and probation officer.

**Supporting Evidence**: The defendant's scheduled report day is the first Monday of each month. The defendant failed to report on November 7, 2016, as required.

2          **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer

**Supporting Evidence**: The defendant failed to provide his new address on November 1, 2016, as directed. The defendant's whereabouts are currently unknown.

Prob12C

**Re: Ochoa, Jeffrey Michael**
**November 9, 2016**
**Page 2**

3          **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but not more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On November 1, 2016, the defendant supplied a random urinalysis sample to his Community Corrections Officer with the Washington Stated Department of Corrections. This sample was confirmed positive for the presence of methamphetamine on November 6, 2016.

4          **Special Condition # 18**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: On October 26, 2016, the defendant was taken into custody by the Department of Corrections for supervision violations. The defendant's mental health treatment was suspended until such time as he was released.

On November 1, 2016, the defendant was directed to contact his mental health provider to set his next appointment. On November 8, 2016, contact was made with the treatment provider and it was found the defendant had not contacted the facility and no appointment had been established. The defendant was removed from services.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     11/09/2016

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

**THE COURT ORDERS**
[  ]    No Action
[XX]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

11/9/2016

Date